

**ORDERED in the Southern District of Florida on June 19, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-19551-PGH |
| LORI ANN STICKLE, f/k/a LORI ANN UTZ, | Chapter 13 |
| Debtor. _____/ | |
| PAULA WASIK CATALANOTTI, THE WASIK FAMILY TRUST and THE JOSEPH WASIK AND PAULA WASIK CATALANOTTI TRUST, | Adversary No. 15-01720-PGH |
| Plaintiffs, vs. | |
| LORI ANN STICKLE, f/k/a LORI ANN UTZ, | |
| Defendants. _____/ | |

### NON-DISCHARGEABLE FINAL JUDGMENT

THIS MATTER came before the Court, *ex parte*, without a hearing, on the Settlement

Agreement and Order Approving same [Main Case - ECF No. 143] in the above-captioned

adversary proceeding. The Court, having reviewed the *Order on Joint Motion to Approve (i) Compromise of Controversy Resolving Litigation Against Lori Ann Stickle and (ii) Post-Settlement Protocol [ECF No. 141]* [ECF No. 143] approving the Rule 9019 Compromise in this matter and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Final Judgment in the amount of Fifty Thousand ($50,000.00) Dollars is hereby entered in favor of the Plaintiffs, Paula Wasik Catalanotti, The Wasik Family Trust and the Joseph Wasik and Paula Wasik Catalanotti Trust, and against the Defendant, Lori Ann Stickle, f/k/a Lori Ann Utz.

2. In accordance with the Settlement Agreement between the parties, this judgment is <u>non-dischargeable</u> pursuant to 11 U.S.C. § 523.

###

Submitted by:

Steven S. Newburgh
McLaughlin & Stern, LLP
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Email: snewburgh@mclaughlinstern.com

Judgment Creditors Address:

Paula Wasik Catalanotti and
The Wasik Family Trust
c/o Brad Mathias, Esq., Trustee
150 W. 80th Street
Suite 2A
New York, NY 10024-6311

The Joseph Wasik and Paula Wasik Catalanotti Trust
c/o Edward S. Stone, Esq, Trustee
175 West Putnam Avenue
Greenwich, CT 06830

*Steven S. Newburgh is directed to serve copies of this Order on all interested parties and to file a Certificate of Service thereon.*